## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

REGINA BOSTON,  )
        Plaintiff,  )
        )  Civil Action # 3:12-CV-494
        versus  )
        )
CROWN ASSET MANAGEMENT, LLC,  )
        Defendant.  )

## CERTIFICATE OF SERVICE

COMES NOW the undersigned Richard L. Jackson, Esq., and hereby certifies that he has served a true and exact copy of:

1. Motion to Extend Time; and,

2. This Certificate of Service

upon the Plaintiff by mailing the same, First-Class U.S. Mail, postage prepaid, and addressed as follows:

Regina Boston, *pro se*
1220 Ballina Way
Charlotte, NC 28214

This the 17th day of September, 2012.

        /s/ Richard L. Jackson
        Richard L. Jackson, NC Bar #30703
        Counsel for Defendant Crown Asset
        Management, LLC

        BROCK & SCOTT, PLLC
        1315 Westbrook Plaza Drive
        Winston-Salem NC 27103
        Tel:   (336) 354-1797
        Fax:   (336) 354-1588
        Email: richard.jackson@brockandscott.com