# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REGINA BOSTON, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action # 3:12-CV-494 |
| versus | ) | |
| | ) | |
| CROWN ASSET MANAGEMENT, LLC, | ) | |
| Defendant. | ) | |

## ORDER

CAME TO BE HEARD, the Defendant, upon its Motion for Extension of Time, and it appearing to the Court that the same is well-taken, and ought to be granted, it is

ORDERED, ADJUDGED, AND DECREED that the time within which Defendant Crown Asset Management, LLC is permitted to answer or otherwise plead in response to the Complaint of the Plaintiff is extended to and including October 8, 2012.

SO ORDERED,                                   Signed: September 18, 2012

*(signature)*

Graham C. Mullen
United States District Judge